NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1366

KYD, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

POLYETHYLENE RETAIL CARRIER BAG COMMITTEE,
HILEX POLY CO., LLC, and SUPERBAG CORPORATION,

Defendants-Appellees.

Appeal from the United States Court of International Trade in case no. 07-00456, Judge Evan J. Wallach.

ON MOTION

ORDER

The United States moves without opposition for a 14-day extension of time, until December 14, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The United States' brief is due no later than December 14, 2009. Kyd, Inc.'s reply brief is due no later than January 4, 2010.

FOR THE COURT

DEC 1 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David J. Craven, Esq.
Stephen A. Jones, Esq.
David S. Silverbrand, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 17 2009

JAN HORBALY
CLERK